Appeal No. 941284 from Judgment dated November 30, 1994; James E. Graves, Jr., *801 Ruling Judge, Hinds County Circuit Court, First Judicial District.
Edward Blackmon, Jr., Blackmon Black-mon & Evans, Canton, for Appellant.
Michael C. Moore, Attorney General, Charles W. Maris, Jr., Sp. Asst. Attorney General, Jackson, for Appellee.
Before THOMAS, P.J., and BARBER and PAYNE, JJ.
Affirmed.
FRAISER, C.J., BRIDGES, P.J., and COLEMAN, DIAZ, KING, McMILLIN and SOUTHWICK, JJ., concur.